Case 3:20-cr-00072-SDD-SDJ   Document 1   09/30/20   Page 1 of 3

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA



FILED
SEP 3 0 2020
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

### INDICTMENT FOR POSSESSION OF FIREARM BY A CONVICTED FELON AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-72-SDD-SDJ |
| | : | |
| *versus* | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(d) |
| CHARLES ANTHONY BROWN | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

On or about June 26, 2020, in the Middle District of Louisiana, **CHARLES ANTHONY BROWN**, defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess a firearm, that is, a Glock, Model 36, .45 caliber pistol, bearing serial number EWV480US, said firearm having been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense contained in this Indictment, **CHARLES ANTHONY BROWN**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and

USA Sealed Group
USM
USPO

ammunition involved or used in the commission of the offense, including, but not limited to, a Glock, Model 36, .45 caliber pistol, bearing serial number EWV480US.

UNITED STATES OF AMERICA, BY

*/s/ Brandon J. Fremin*

BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*/s/ William K. Morris*

WILLIAM K. MORRIS
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

9/30/2020

DATE

2

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, Louisiana

County/Parish: East Baton Rouge Parish

**Matter to be sealed:** ☐ No  ☒ Yes

**Related Case Information:**

Superseding Indictment _____   Docket Number _____
Same Defendant _____   New Defendant ☒
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: CHARLES ANTHONY BROWN

**U.S. Attorney Information:**

AUSA: William K. Morris    Bar #: LBN 28694

**Interpreter:** ☒ No  ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of firearm by a convicted felon | 1 | Felony |

Date: 9/29/20    Signature of AUSA: /s/ William K. Morris

District Court Case Number (To be filled in by deputy clerk): _____