# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES ANTHONY BROWN<br>_____<br>*Defendant* | )<br>)  Case No. 20-72-SDD-SDJ<br>)<br>)<br>)<br>)  USMS-MLA'20OCT11 11:08 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  CHARLES ANTHONY BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

Date: 09/30/2020

*Issuing officer's signature*

City and state: Baton Rouge, LA

Scott D. Johnson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/11/2020, and the person was arrested on *(date)* 10/13/2020
at *(city and state)* Baton Rouge, LA.

Date: 10/14/2020

*Arresting officer's signature*

Jeff Bowie  DUSM
*Printed name and title*